# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
December 9, 2024

Lyle W. Cayce
Clerk

No. 24-60302

Adolfo Sandor Montero,

*Petitioner—Appellant*,

*versus*

Commissioner of Internal Revenue,

*Respondent—Appellee*.

Appeal from the Commissioner of Internal Revenue
Agency No. 10587-22

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:*

After reviewing the parties' briefs and the record, we find no reversible error.[1] We Affirm. *See* 5th Cir. R. 47.6.

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

[1] Montero has repeatedly made frivolous arguments before this court to evade paying income tax. *See Montero v. Comm'r of Internal Revenue*, No. 24-60190, 2024 WL 4491604, at *1 (5th Cir. Oct. 15, 2024) (per curiam); *see also Montero v. Comm'r Internal Revenue*, 354 F. App'x 173, 176 (5th Cir. 2009) (per curiam).